**STATE of Missouri, Respondent,**

v.

**Derrick Lamont JOHNSON, Appellant.**

**WD 77549**

Missouri Court of Appeals,
Western District.

Order filed: February 9, 2016

Motion for Rehearing and/or Transfer
to Supreme Court Denied March
29, 2016

Application for Transfer Denied
May 24, 2016

Shaun Mackelprang, Jefferson City, for Respondent.

Jeannette L. Wolpink, Kansas City, for Appellant.

Before Division Three: Joseph M. Ellis, Presiding Judge, Karen King Mitchell, Judge and Gary D. Witt, Judge

### ORDER

PER CURIAM:

Derrick Johnson appeals from his convictions on three counts of kidnapping, § 565.110;[1] four counts of robbery in the first degree, § 569.020; and seven counts of armed criminal action, § 571.015. Having reviewed the briefs and the record, we find no error and affirm the judgment of conviction. No jurisprudential purpose would be served by a formal, published opinion; however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. **Rule 30.25(b).**

1. All statutory references are to RSMo 2000 as updated through the 2011 Cumulative Supplement.